UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

**FILED**

FEB 0 6 2007

CLERK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

|  |  |  |
|---|---|---|
| DOROTHY ANN DAUGHERTY, | * | CIV 06-4107 |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | ORDER |
| | * | |
| PENN TREATY AMERICAN | * | |
| CORPORATION; PENN TREATY | * | |
| NETWORK AMERICA INSURANCE | * | |
| COMPANY; and AMERICAN | * | |
| NETWORK INSURANCE COMPANY, | * | |
| | * | |
| Defendants. | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Upon the stipulation of counsel, the Defendant was given an extension of time to answer while the parties discussed a possible resolution of the matter. With the Court's Order of August 14, 2006, the parties were to advise the Court of the status of the case within sixty (60) days of the date of the Order. No such status report has been filed. Accordingly,

IT IS ORDERED:

1.     That the parties will advise the Court of the status of the case within thirty (30) days of the date of this Order.

Dated this ____ day of February, 2007.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK

BY: _Shelly Margulies_
DEPUTY