UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DOROTHY ANN DAUGHERTY, | ) | Civil No. 06-4107 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| PENN TREATY AMERICAN CORPORATION, PENN TREATY NETWORK AMERICA INSURANCE COMPANY, AND AMERICAN NETWORK INSURANCE COMPANY, | ) ) ) ) ) | **STIPULATION FOR DISMISSAL** |
| Defendants. | ) | |

Gary P. Thimsen, counsel for plaintiff, and J. Crisman Palmer, counsel for defendants, hereby stipulate and agree that plaintiff's Complaint may be dismissed on its merits, with prejudice, and without costs or further notice to any party.

Dated this ___ day of March, 2007.

WOODS, FULLER, SHULTZ & SMITH, P.C.

By:_____
Gary P. Thimsen
Attorneys for plaintiff
300 South Phillips Avenue, Suite 300
P.O. Box 5027
Sioux Falls, SD  57117-5027

GUNDERSON, PALMER, GOODSELL & NELSON, LLP

By:_____
J. Crisman Palmer
Attorneys for defendant
440 Mt. Rushmore Rd.
P.O. Box 8045
Rapid City, SD  57709