

**FILED**

APR 19 2007

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DOROTHY ANN DAUGHERTY, | ) | Civil No. 06-4107 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| PENN TREATY AMERICAN | ) | **ORDER FOR DISMISSAL** |
| CORPORATION, PENN TREATY | ) | |
| NETWORK AMERICA INSURANCE | ) | |
| COMPANY, AND AMERICAN | ) | |
| NETWORK INSURANCE COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to the Stipulation for Dismissal dated March 29, 2007, it is hereby,

ORDERED, ADJUDGED, AND DECREED that the captioned action including plaintiff's Complaint, be dismissed on its merits, with prejudice, and without further notice or costs to any party.

Dated this 18th day of April, 2007.

BY THE COURT:

_____
Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH A. HAAS, CLERK

By: _Sharon Louro_
Deputy